**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1743**

———————

In re:  BARBARA KIM DANG,

                Debtor,

-----------------------------------------------

BARBARA KIM DANG,

                Debtor - Appellant,

        v.

BANK OF AMERICA, NA; NORTHWEST TRUSTEE SERVICES,

                Defendants – Appellees,

ELLEN W. COSBY,

                Trustee - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Richard  D.  Bennett,  District  Judge.
(1:12-cv-03343-RDB)

———————

Submitted:  October 22, 2013        Decided:  October 24, 2013

———————

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Barbara Kim Dang, Appellant Pro Se.  Tillman J. Breckenridge, Daniel Zev Herbst, REED SMITH, LLP, Washington, D.C.; Aaron Drew Neal, MCNAMEE, HOSEA, JERNIGAN, KIM, GREENAN & WALKER, PA, Greenbelt, Maryland; Ellen W. Cosby, Towson, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barbara Kim Dang appeals from the district court's order dismissing her adversary proceeding that was filed in the bankruptcy court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dang v. Bank of America, NA, No. 1:12-cv-03343-RDB (D. Md. Apr. 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED